UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| Plaintiff, | ) | |
| v. | ) | **COMPLAINT FOR VIOLATION OF:** |
| Juan Carlos CORDERO-Navarro | ) | Title 8, U.S.C., Section 1326 |
| | ) | Deported Alien Found in the United States |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 11, 2008** within the Southern District of California, defendant, **Juan Carlos NAVARRO-Cordero,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF March 2008

UNITED STATES MAGISTRATE JUDGE
Louisa S. Porter

CONTINUATION OF COMPLAINT:
Juan Carlos CORDERO-Navarro

## PROBABLE CAUSE STATEMENT

On March 11, 2008, Border Patrol Agent F.G. Herrera III was performing line watch operations near an area known as the East Smugglers. This area is approximately three miles west of the San Ysidro, California, Port of Entry and is approximately one-hundred yards north of the United States/Mexico International Boundary.

At approximately 1:10 A.M., the inside infrared scope operator told Agent Herrera via agency radio that he observed four individuals walking north. Agent Herrera responded to the reported location and searched the area. After a brief search he found four individuals, including one who was later identified as the defendant **Juan Carlos CORDERO-Navarro** lying in brush. Agent Herrera identified himself as a United States Border Patrol Agent and questioned each of the four individuals as to their country of citizenship and nationality. All four individuals freely admitted to being citizens and nationals of Mexico without any immigration documentation permitting them to enter or remain in the United States legally. Agent Herrera arrested the four individuals and arranged for them to be transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 1, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant said he was going to San Diego, CA.