AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JUAN CARLOS CORDERO-NAVARRO | CASE NUMBER: 08CR1125-BEN |

I, JUAN CARLOS CORDERO-NAVARRO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___April 10, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Juan Carlos Cordero
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER